**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
MELISSA N. LICKER, ESQ. (ML-5973)
ZCH3073

| | |
|---|---|
| IN RE: <br><br> GARRET P MAGLIARO, <br><br> Debtor. | UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Chapter: 13 <br><br> Case No. 10-23784 NLW <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

  PLEASE TAKE NOTICE that the firm **FEIN, SUCH, KAHN & SHEPARD, PC** is appearing for the following party in the above named bankruptcy case:

CHASE HOME FINANCE LLC

  This party is a party in interest in this case, and is a secured creditor of the Debtor:

GARRET P MAGLIARO

  Pursuant to Rule 2002 of the bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

                              **FEIN, SUCH, KAHN & SHEPARD, PC**
                              Attorneys for Secured Creditor

                              By:/S/ MELISSA N. LICKER, ESQ.
Dated: May 14, 2010